

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,480-01

### EX PARTE LAWRENCE ANTHONY KOSS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W13-41780-S(A) IN THE 282ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The supplemental record after the second remand and habeas hearing does not contain new findings of fact and conclusions of law from the trial, as required by this Court's second remand order.

The district clerk shall either forward to this Court the trial court's findings of fact and conclusions of law after the second remand, or certify in writing that this document is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: June 16, 2021
Do not publish